**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **RACHEL STANLEY,** individually, and on behalf of all others similarly situated,<br><br>　　　　*Plaintiff*,<br>v.<br><br>**EPCON COMMUNITIES, LLC, *et al.*,**<br><br>　　　　*Defendants.* | Case No. 2:21-cv-597-ALM<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

## STIPULATION OF DISMISSAL

Plaintiff Rachel Stanley and Defendants Epcon Communities, LLC and Romanelli & Hughes Building Company, Inc. hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

　　So Stipulated.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian T. Giles*<br>Brian T. Giles, *Trial Counsel*　(0072806)<br>The Law Offices of Brian T. Giles LLC<br>1470 Apple Hill Rd.<br>Cincinnati, Ohio 45230<br>Telephone: (513) 379-2715<br>Brian@GilesFirm.com<br><br>Avi R. Kaufman (*pro hac vice*)<br>Kaufman P.A.<br>400 NW 26th Street<br>Miami, Florida 33127<br>Telephone: (305) 469-5881<br>kaufman@kaufmanpa.com<br><br>*Attorney for Plaintiff and the Putative Class* | *s/Gerhardt A. Gosnell II (via auth. 5/6/21)*<br>James E. Arnold, *Trial Counsel*　(0037712)<br>Gerhardt A. Gosnell II<br>ARNOLD & CLIFFORD LLP<br>115 W. Main St., 4th Floor<br>Columbus, Ohio 43215<br>Telephone: (614) 460-1600<br>jarnold@arnlaw.com<br><br>*Counsel for Defendant Epcon Communities, LLC*<br><br>*s/Robert W. Trafford (via auth. 5/6/21)*<br>Robert W. Trafford, *Trial Counsel* (0024447)<br>Porter Wright Morris & Arthur LLP<br>41 South High Street, Suites 2800-3200<br>Columbus, Ohio 43215<br>(614) 580-2118<br>rtrafford@porterwright.com<br><br>*Counsel for Defendant Romanelli and Hughes Building Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Brian T. Giles*
Brian T. Giles
